```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 43658
   THOMAS G AYLWARD JR
                                            CHAPTER 13

                                            JUDGE: BRUCE W BLACK

        Debtor
   SSN XXX-XX-0756


-----------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 10/04/05 and confirmed on 02/02/06.

     2.  The plan is paid in full.

     3.  The Debtor paid a total of $  14200.00 .

     4.  The Trustee made disbursements to creditors as follows:


-----------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
-----------------------------------------------------------------------
COUNTRYWIDE FINANCIAL      CURRENT MORTG        .00            .00            .00
FIRST MIDWEST BANK         SECURED VEHIC    7056.84        1095.82        7056.84
RESURGENT CAPITAL SERVIC   UNSECURED        9254.19            .00         925.42
RESURGENT CAPITAL SERVIC   UNSECURED        5310.04            .00         531.00
DISCOVER BANK              UNSECURED        4915.99            .00         491.60
ECAST SETTLEMENT CORPORA   UNSECURED       11368.95            .00        1136.90
TARGET NATIONAL BANK       UNSECURED          39.03            .00           3.90
ECAST SETTLEMENT CORPORA   UNSECURED         404.11            .00          40.41
          Summary of disbursements:
-----------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED      OTHER         TOTAL
-----------------------------------------------------------------------
TOTAL CLMS ALLOWED  7056.84         .00     31292.31         .00       38349.15
PRINCIPAL PAID      7056.84         .00      3129.23         .00       10186.07
INTEREST PAID       1095.82         .00          .00         .00        1095.82
TOTAL PAID          8152.66         .00      3129.23         .00       11281.89
The Debtor's attorney, JOHN A REED                     , was allowed $    2700.00
and was paid $   406.00   direct and $    2294.00   through the plan.

The Trustee received $    617.58 .

Refunds to the Debtor totaled $       6.53 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.




   Dated: 03/16/09                    /S/
                                  GLENN STEARNS
```

CHAPTER 13 TRUSTEE

```
                              PAGE   2
     CASE NO. 05 B 43658 THOMAS G AYLWARD JR
```